UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. Houston, Rm. 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 (fax)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CARLOS JULIO ZAVALA | § § | CASE NO. 17-52192-CAG CHAPTER 7 |
| DEBTOR. | § § | |

## WAIVER OF DISCHARGE OF CARLOS JULIO ZAVALA

1. I, CARLOS JULIO ZAVALA, waive my discharge in bankruptcy in this case.

2. I represent (a) that I have executed this Waiver of Discharge voluntarily, after consultation with my counsel, Martin W. Seidler, (b) that this Waiver of Discharge represents a conscious and informed judgment to waive my discharge in bankruptcy in this case, and (c) that I am aware of the consequences of entering into this Waiver of Discharge.

3. This Waiver of Discharge is executed in accordance with 11 U.S.C. § 727(a)(10).

Date: 11/24/17          By: _____
                            CARLOS JULIO ZAVALA