

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 30, 2017.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CARLOS JULIO ZAVALA | § | CASE NO. 17-52192-CAG |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

### ORDER DENYING DISCHARGE OF CARLOS JULIO ZAVALA

Carlos Julio Zavala having filed a Waiver of Discharge and the Court having entered an Order Approving Waiver of Discharge pursuant to 11 U.S.C. § 727(a)(10),

IT IS HEREBY ORDERED THAT the debtor's discharge is denied.

###

Agreed:

_____
Martin W. Seidler
Attorney for Debtor
Texas Bar No. 18000800
Law Offices of Martin Seidler
One Elm Place, Suite 504
San Antonio, TX 78230

Carlos Zavala

Submitted by:

Kevin Epstein
Trial Attorney for the United States Trustee
Texas Bar No. 00790647
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax